## Newsome v. Commonwealth.

Oct. 8, 1943.

Joe P. Tackett for appellant.

Hubert Meredith, Attorney General, and Frank A. Logan, Assistant Attorney General, for appellee.

OPINION OF THE COURT BY JUDGE FULTON—Affirming.

Cecil Newsome appeals from a five-year sentence to the penitentiary for the voluntary manslaughter of Lawrence Collins. Counsel for the appellant has filed a brief stating that he is unable to point out any reversible error. We have read the record and find that the evidence is amply sufficient to sustain the verdict and that there is no error prejudicial to the substantial rights of the appellant.

Affirmed.